UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE:  
   JAMES N HALVORSEN  
   CATHERINE A HALVORSEN

Case No. 14-29446-KMP

Chapter 13

NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Scott Lieske files this Notice of Final Cure Payment. The amount required to complete the plan has been received by the Trustee.

**Name of Creditor**: FEDERAL NATIONAL MORTGAGE ASSOCIATION

| Final Cure Amount | | | | |
|---|---|---|---|---|
| Court Claim # | Trustee Claim # | Account # | Claim Allowed | Amount Paid |
| 20-1 | 021-0 | 0787 | $ 3,549.66 | $ 3,549.66 |
| Direct Amount Paid by Debtor: | | Unknown | | |
| Total Amount Paid by Trustee: | | $3,549.66 | | |
| **Monthly Ongoing Mortgage Payment** | | | | |
| Mortgage is Paid: | Direct by the Debtor(s) | | | |

   <u>Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST</u> file with the U.S. Bankruptcy Court and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

   1) Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

   2) Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

   The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement, The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Dated: January 30, 2020

{14-29446 20-1}{NFC}HALVORSEN



Do Not Write On

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

IN RE:                               Case No. 14-29446-KMP
    JAMES N HALVORSEN
    CATHERINE A HALVORSEN       Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2020, the Trustee's **NOTICE OF FINAL CURE PAYMENT** was electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

        OFFICE OF THE U.S. TRUSTEE

        GERACI LAW L.L.C.

The undersigned further certifies that this notice was mailed by United States Postal Service to the following non-ECF participants:

        FEDERAL NATIONAL MORTGAGE ASSOCIATION
        PO BOX 1047
        HARTFORD, CT 06143-

        JAMES N HALVORSEN & CATHERINE A HALVORSEN
        4160 S 1ST PL
        MILWAUKEE, WI 53207

Dated: January 30, 2020

                                  _____
                                  Miranda J. Mackie
                                  Office of the Chapter 13 Trustee
                                  Scott Lieske
                                  P O Box 510920
                                  Milwaukee, WI 53203
                                  Phone: 414-271-3943
                                  Fax: 414-271-9344
                                  Email: info@chapter13milwaukee.com