UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE:  
    JAMES N HALVORSEN  
    CATHERINE A HALVORSEN

Case No. 14-29446-KMP

Chapter 13

NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Scott Lieske files this Notice of Final Cure Payment. The amount required to complete the plan has been received by the Trustee.

**Name of Creditor**: U.S. BANK TRUST NATIONAL ASSOCATION

| Final Cure Amount | | | | |
|---|---|---|---|---|
| Court Claim # | Trustee Claim # | Account # | Claim Allowed | Amount Paid |
| 19-1 | 006-0 | 8955 | $ 3,891.86 | $ 3,891.86 |
| Direct Amount Paid by Debtor: | | Unknown | | |
| Total Amount Paid by Trustee: | | $3,891.86 | | |
| **Monthly Ongoing Mortgage Payment** | | | | |
| Mortgage is Paid: | | Direct by the Debtor(s) | | |

    Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file with the U.S. Bankruptcy Court and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

    1) Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

    2) Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

    The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement, The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Dated: January 30, 2020

{14-29446 19-1}{NFC}HALVORSEN



Do Not Write On

IN RE:   Case No. 14-29446-KMP
    JAMES N HALVORSEN
    CATHERINE A HALVORSEN   Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2020, the Trustee's **NOTICE OF FINAL CURE PAYMENT** was electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

    OFFICE OF THE U.S. TRUSTEE

    GERACI LAW L.L.C.

The undersigned further certifies that this notice was mailed by United States Postal Service to the following non-ECF participants:

    U.S. BANK TRUST NATIONAL ASSOCATION
    C/O SN SERVICING CORP.
    323 5TH STREET
    EUREKA, CA 95501-

    JAMES N HALVORSEN & CATHERINE A HALVORSEN
    4160 S 1ST PL
    MILWAUKEE, WI 53207

Dated: January 30, 2020

    _____
    Miranda J. Mackie
    Office of the Chapter 13 Trustee
    Scott Lieske
    P O Box 510920
    Milwaukee, WI 53203
    Phone: 414-271-3943
    Fax: 414-271-9344
    Email: info@chapter13milwaukee.com